The Honorable Ricardo S. Martinez
United States District Court Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARY WU, individually,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　　Defendants. | No. 2:21-cv-01268 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS**<br><br>**(***Clerk's Action Required***)** |

## I.  STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, that all of Plaintiff's claims against Defendants have been fully compromised and settled, and the same may be dismissed with prejudice and without attorney's fees and costs.

DATED this ___ day of February, 2022.

| **WATHEN | LEID | HALL, P.C.** | **HERRMANN LAW GROUP** |
|---|---|
| */s/ Rory W. Leid, III*<br>Rory W. Leid, III WSBA #25075<br>*Attorney for Defendant*<br>222 Etruria Street<br>Seattle, WA  98109-1659<br>Tel:  (206) 622-0494 | Fax: (206) 587-2476<br>rleid@cwlhlaw.com |<br>lwilhelm@cwlhlaw.com | 　/s/ Cissy Wang<br>Xi "Cissy" Wang<br>Herrmann Law Group<br>505 5th Ave S Ste 330<br>Seattle, WA  98104<br>T: (206) 457-4212   F: (206) 457-4213<br>cissy@hlg.lawyer<br>jamie@hlg.lawyer |

No. 2:21-cv-01268 RSM
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES AND COSTS- 1

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476

## I.  ORDER

IN CONFORMITY with the foregoing Stipulation, IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by Plaintiff against Defendants in the above-captioned matter are hereby DISMISSED WITH PREJUDICE.  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED THIS 11th day of February, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| **WATHEN | LEID | HALL, P.C.** | **HERRMANN LAW GROUP** |
|---|---|
| */s/ Rory W. Leid, III* | /s/ Cissy Wang |
| Rory W. Leid, III WSBA #25075 | Xi "Cissy" Wang |
| *Attorney for Defendant* | Herrmann Law Group |
| 222 Etruria Street | 505 5th Ave S Ste 330 |
| Seattle, WA  98109-1659 | Seattle, WA  98104 |
| Tel:  (206) 622-0494 | Fax: (206) 587-2476 | T: (206) 457-4212   F: (206) 457-4213 |
| rleid@cwlhlaw.com | lwilhelm@cwlhlaw.com | cissy@hlg.lawyer |
| | jamie@hlg.lawyer |

No. 2:21-cv-01268 RSM
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES AND COSTS- 2

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476